# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00003-CV

**In re Lana Stevens**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

### O R D E R

**PER CURIAM**

Relator Lana Stevens has filed a petition for writ of mandamus and emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the deposition of and related discovery from Lana Stevens pending further order of this Court. *See id.* R. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before January 18, 2022.

It is ordered on January 7, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith